**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MIGUEL JUAREZ GONZALEZ,

Petitioner,

v.

KRISTI NOEM, ET AL.,

Respondents.

Case No. EDCV 26-0652 JFW (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Respondent's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED, that Respondents are ENJOINED from re-detaining Petitioner under 8 U.S.C. §1226(a) unless his re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner by his counsel of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 24, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE