JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL JUAREZ GONZALEZ,<br>Petitioner,<br>v.<br>KRISTI NOEM, ET AL.,<br>Respondents. | Case No. EDCV 26-0652 JFW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED and Judgment is entered in favor of Petitioner.

DATED: August 24, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE